UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 19-274 JLW |
| v. | **DETENTION ORDER** |
| ANTHONY DAI TRAN, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the District of Oregon with a drug trafficking offense. He has ties to Vietnam, is a dual passport holder and therefore presents a high risk for flight. He allegedly utilizes the dark web using software that can circumvent pretrial tracking software. He allegedly uses the internet to commit the charged offenses. He is accused of engaging in a conspiracy and appears to have continued in that conduct up to the time of his arrest. He was arrested at his home where a marijuana grow operation was discovered.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of June, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge